| Attorney or Party without Attorney:<br>Dena C. Sharp, Esq.<br>Girard Sharp LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 415-981-4800        FAX No: 415-981-4846 | | | | |
| Attorney for: Plaintiff(s) | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff(s): M.M. and N.N. | | | | |
| Defendant: Coopersurgical, Inc., et al | | | | |

| **PROOF OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>24CV06307JST |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Certification of Interested Entities or Persons; Order Setting Initial Case Management Conference and ADR Deadlines; Order Directing Clerk to Directly Assign and Relate Newly Filed Cases and to Allow Plaintiffs to Proceed Pseudonymously; Standing Order for All Judges; Standing Order for Judge Jon Tigar; Clerks Notice regarding CMC

3.  a.  *Party served:*        Coopersurgical, Inc.
    b.  *Person served:*       Rebecca Vang, Service of Process Intake Clerk, Asian, Female, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 5 Inches, 150 Pounds.

4.  *Address where the party was served:*     Corporation Service Company
                                              2710 Gateway Oaks Dr. # 150N
                                              Sacramento, CA 95833

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 16, 2024 (2) at: 12:42PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Robert J. Mason                          d.  *The Fee for Service was:*
   b. **Class Action Research & Litigation**   e.  I am: (3) registered California process server
      P O Box 740                                   (i)   Independent Contractor
      Penryn, CA 95663                              (ii)  *Registration No.:*     03-007
   c. (916) 663-2562, FAX (916) 663-4955            (iii) *County:*              Placer
                                                    (iv)  *Expiration Date:*     Fri, Oct. 31, 2025

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Mon, Sep. 16, 2024*

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons and Complaint | (Robert J. Mason)        desha.269967 |
|---|---|---|